DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITY RECOVERY CENTER, INC.,** a Florida Corporation, and **JASON ACKNER**,
Appellants,

v.

**SOUTH FLORIDA PROPERTY VENTURES II, LLC,**
Appellee.

No. 4D20-2288

[November 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502018CA013673XXXXMB.

Jessica M. VanValkenburgh and Robert P. Summers of McCarthy, Summers, Wood, Norman, Melby & Schultz, P.A., Stuart, for appellants.

Dave K. Roy of Roy & Associates, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***